# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CHERYL BOGACKI,

                Plaintiff,

v.

RETRIEVAL-MASTERS CREDITORS BUREAU INC.,

                Defendant.

Case No. 18-CV-1254-JPS

**ORDER**

On August 14, 2018, Plaintiff filed this action alleging violations of the Fair Debt Collection Practices Act. (Docket #1). On November 15, 2018, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cheryl Bogacki and Defendant Retrieval-Masters Creditors Bureau Inc. entered into a stipulation to dismiss with prejudice all claims in this action, each party to bear its own costs. (Docket #10).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #10) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs.

Dated at Milwaukee, Wisconsin, this 19th day of November, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge